UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                              RE:    Ryan Kelly HAYES
                                       Docket Number:   2:05CR00531-01
                                       PERMISSION TO TRAVEL
                                       <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Ensenada, Baja California, Mexico, and San Diego, California.  He is a graduate of the Bureau of Prisons "Boot Camp" program. While under supervision, he has excelled at his job selling memberships for a fitness club. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 16, 2004, Ryan Kelly Hayes was sentenced for the offense(s) of 21 USC 841(a)(1), 841(b)(1)(C), and 846 - Conspiracy to Distribute Marijuana.

**Sentence imposed:**  30 months BOP, three years supervised release, and $100 special assessment.  Special conditions include mandatory drug testing pursuant to 18 USC 3563(a)(5) and 18 USC 3583(d); mental health program; correctional treatment which may include testing; alcohol restrictions; search, and financial disclosure.

**Dates and Mode of Travel:**  Departing June 2, 2006, via personal vehicle to San Diego, then Royal Carribean Cruise to Mexico and back, returning June 8, 2006.

**Purpose:**  Vacation

**RE:    Ryan Kelly HAYES**
**       Docket Number:   2:05CR00531-01**
**       PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                    Respectfully Submitted,

                     /s/   John A. Poglinco

                    **JOHN A. POGLINCO**
                    **Senior United States Probation Officer**

**DATED:**     April 12, 2006
              Sacramento, California
              JAP:jz


**REVIEWED BY:**      /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     X              Disapproved

DATE: April 13, 2006

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE