UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                RE:    Ryan Kelly HAYES
                        Docket Number:   2:05CR00531-01
                        <u>REQUEST TO RELEASE PASSPORT/ORDER</u>

Your Honor:

Ryan Kelly Hayes has been under supervision since October 27, 2005, and his supervision adjustment has been exemplary.  He recently won a three-day cruise to Mexico through his employment selling athletic club memberships.  Permission for foreign travel will be submitted to the Court via a separate memorandum.  Mr. Hayes requests his passport be returned to him to facilitate easier foreign travel.  His passport is being held in the vault in the clerk's office in Sacramento.  The probation officer respectfully seeks an order of the Court directing the clerk's office to release the offender's passport so it may be returned to him.

By signature on this memorandum, the clerk's office in the Eastern District of California is hereby ordered to release the above offender's passport to the probation officer in the Eastern District of California.

                                    Respectfully submitted,

                                    /s/ Richard W. Elkins
                                 **RICHARD W. ELKINS**
                              **Senior United States Probation Officer**

**DATED:**    May 7, 2007
                Elk Grove, California
                RWE/cj

**REVIEWED BY**:    /s/ Deborah A. Spencer
                               **DEBORAH A. SPENCER**
                               **Supervising United States Probation Officer**

**RE:   Ryan Kelly HAYES**
       **Docket Number:   2:05CR00531-01**
       **REQUEST TO RELEASE PASSPORT/ORDER**

**AGREE: XXX**                              **DISAGREE: _____**

 **Dated: May 8, 2007**

                                    _____
                                    **MORRISON C. ENGLAND, JR.**
                                    **UNITED STATES DISTRICT JUDGE**