UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                                                 RE:   Ryan Kelly HAYES
                                                       Docket Number:  2:05CR00531-01
                                                       **PERMISSION TO TRAVEL**
                                                       **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexico.  He is current with all supervision obligations and his supervision adjustment has been exemplary.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 16, 2004, Mr. Hayes was sentenced for the offenses: 21 USC 841(a)(1), 841(b)(1)(C), and 846 - Conspiracy to Distribute Marijuana.

**Sentence Imposed:**  30 months custody of the Bureau of Prisons, 3 years Supervised Release, and a $100 Special Assessment.  Special conditions include:  Mandatory drug testing; Warrantless search and seizure; Drug/alcohol treatment; Abstain from the use of alcoholic beverages; Financial disclosure.

**Dates and Mode of Travel:** May 18, 2007, through May 21, 2007;  Mr. Hayes would drive to Southern California to board his cruise ship.

**RE:**   **Ryan Kelly HAYES**
    **Docket Number:   2:05CR00531-01**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Leisure;  Mr. Hayes won the cruise through his work selling athletic club memberships.

Respectfully Submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
Senior United States Probation Officer

**DATED:**   May 7, 2007
    Elk Grove, California
    RWE/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
    **DEBORAH A. SPENCER**
    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved** XXXXX        **Disapproved** _____

Dated: May 8, 2007

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**