# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number:  2:05CR00531-01** |
| ) | |
| **Ryan Kelly HAYES** ) | |
| ) | |

## LEGAL HISTORY:

On January 16, 2004, the above-named was sentenced to 30 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on October 27, 2005.  Special conditions included: Warrantless search and seizure; Financial disclosure; Drug/alcohol treatment and testing, and Abstain from the use of alcoholic beverages.

## SUMMARY OF COMPLIANCE:

Mr. Hayes has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Hayes has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:**     **Ryan Kelly HAYES**
            **Docket Number:   2:05CR00531-01**
            **RECOMMENDATION TERMINATING**
            **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:      October 4, 2007
            Elk Grove, California
            RWE/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                     **DEBORAH A. SPENCER**
                     **Supervising United States Probation Officer**

cc:     AUSA - to be assigned (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**            )<br>                                                                      )<br>                        vs.                          )<br>                                                                      )<br>**Ryan Kelly HAYES**                              )<br>                                                                      ) | **Docket Number: 2:05CR00531-01** |

On October 27, 2005, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                              Respectfully submitted,

                              /s/ Richard W. Elkins
                              **RICHARD W. ELKINS**
                              **Senior United States Probation Officer**

Dated:        October 4, 2007
                   Elk Grove, California
                   RWE/cj

**REVIEWED BY:**        /s/ Deborah A. Spencer
                              **DEBORAH A. SPENCER**
                              **Supervising United States Probation Officer**

**RE:   Ryan Kelly HAYES**
   **Docket Number:   2:05CR00531-01**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated: October 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

RWE/cj

Attachment:   Recommendation
cc:   United States Attorney's Office